Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff and Putative Class*

Philip H. Stillman, SBN 152861
pstillman@stillmanassociates.com
**STILLMAN & ASSOCIATES**
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Telephone: (888) 235-4279
Facsimile: (888) 235-4279
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARGO COLONIAL LLC d/b/a NINE-TEN, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 3:20-cv-02382-H-BGS<br><br>*Honorable Judge Marilyn L. Huff*<br><br>**JOINT MOTION TO DISMISS, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed:   December 7, 2020<br>Trial Date:              Not Set |

1
JOINT MOTION TO DISMISS, PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41(a)(1)(A)(ii)

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), Plaintiff JULISSA COTA and Defendant FARGO COLONIAL LLC d/b/a NINE-TEN by and through their respective attorneys, submit this joint motion to request the dismissal of the above-captioned case with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of putative class members. Each party to bear her or its own attorneys' fees and costs.

Dated: August 31, 2021          Respectfully Submitted,

　　　　　　　　　　　　　　　　/s/ Thiago Coelho
　　　　　　　　　　　　　　　　Thiago M. Coelho, Esq.
　　　　　　　　　　　　　　　　**WILSHIRE LAW FIRM**
　　　　　　　　　　　　　　　　*Attorney for Plaintiff and Proposed Class*

Dated: August 31, 2021          Respectfully Submitted,

　　　　　　　　　　　　　　　　/s/ Philip H. Stillman
　　　　　　　　　　　　　　　　Philip H. Stillman
　　　　　　　　　　　　　　　　**FARGO COLONIAL, LLC**
　　　　　　　　　　　　　　　　*Attorney for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 31, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: August 31, 2021          */s/ Thiago Coelho*
                                 Thiago Coelho, Esq.

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137