# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA,<br><br>                                 Plaintiff,<br><br>v.<br><br>FARGO COLONIAL, LLC, d.b.a. NINE-TEN; and DOES 1 through 10,<br><br>                               Defendants. | Case No.: 3:20-cv-02382-H-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 21.] |

On August 31, 2021, the parties filed a joint motion to dismiss the action with prejudice with respect to Plaintiff's individual claims and without prejudice with respect to the putative class members, pursuant to Federal Rule of Civil Procedure 41. (Doc. No. 21.) The joint motion states that each party will bear its own costs and attorneys' fees. (Id.) For good cause shown, the Court grants the joint motion to dismiss. The Court dismisses the action with prejudice with respect to Plaintiff's individual claims and

without prejudice with respect to the putative class members.  Each party will bear its own costs and attorneys' fees.  The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: September 2, 2021

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT